IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTWAUN FREEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2655 |
| | : | |
| LT. MOORE, et al. | : | |

## ORDER

AND NOW, this 15th day of May, 2024, upon consideration of Plaintiff Antwaun Freeman's Motion for Judgement by Default (Document No. 19), Defendants' Sgt. Jones and Lt. Moore's Motion to Strike Service of Original Process (Document No. 29), Freeman's Response to the Motion to Strike, and the record in this case, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants' Motion to Strike Service of Original Process (Document No. 29) is GRANTED. The Affidavit of Service (Document No. 14) is QUASHED, and Freeman shall be given an appropriate period of time in which to serve Defendants via the U.S. Marshals Service, if necessary. Defense counsel shall advise the Court in writing, on or before May 22, 2024, whether service has been accepted or waived in this case.

- Freeman's Motion for Judgement by Default (Document No. 19) is DENIED.

- The Clerk of Court's Entry of Default as to Sgt. Jones and Lt. Moore (Document No. 18) is SET ASIDE.

- The default judgment hearing scheduled for May 30, 2024, is CANCELED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.